IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,    :
    :  CRIMINAL INDICTMENT
v.    :  NO. 3:23-CR-00018
    :
SEAN CARR    :
    Defendant.    :

**MOTION TO WITHDRAW AS COUNSEL**

Comes now, Emily Strongwater, counsel of record for defendant Sean Carr, and hereby moves the Court to permit her to withdraw from representation or in the alternative to have a hearing on the matter and in support thereof shows to the Court the following:

1.

Mr. Carr has expressed his dissatisfaction with counsel and has made it clear that there is no trust in their attorney-client relationship and that has made the relationship irreconcilable.

2.

Counsel has met with Sean Carr several times over the course of representation and has been preparing to proceed to trial as requested by Mr. Carr.

3.

The government has indicated that Mr. Carr's exposure could result in a

1

guideline range of life after a trial. Given the potential severity of the outcome of Mr. Carr's case, it is imperative that he be counseled by someone whom he trusts.

4.

Mr. Carr would not be prejudiced, and no substantial delay would be caused by substitution of counsel at this stage, as there is still three months until trial. Further, the government has informed counsel it will be seeking a superseding indictment which might extend that date further.

5.

During the most recent meeting on June 2, 2026, Mr. Carr expressed his desire to have me withdrawn as his counsel in this case immediately.

WHEREFORE, counsel respectfully requests this Court GRANT her Motion to Withdraw.

Respectfully submitted,

/s/ *Emily B. Strongwater*
Emily B. Strongwater
Georgia Bar No. 572648

Strongwater & Associates, LLC
3340 Peachtree Road, NE
Suite 2570
Atlanta, Georgia 30326
404.872.1700
Attorney for Sean Carr

2

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have on this day served a true and correct copy of the within and foregoing pleadings upon counsel for the government by electronically posting through the District Court's ECF Filing System, addressed as follows:

Noah Schechtman
Assistant United States Attorney
Noah.Schechtman@usdoj.gov

This 4th day of ___June___, 2026.

/s/ *Emily B. Strongwater*
Emily B. Strongwater
Georgia Bar No. 572648

Strongwater & Associates, LLC
3340 Peachtree Road, NE
Suite 2570
Atlanta, Georgia 30326
404.872.1700
Attorney for Sean Carr